IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:17CR3150 |
| vs. | |
| TASHA RENEE BURNEY, | ORDER |
| Defendant. | |

IT IS ORDERED that the Marshal shall release Defendant from the Saline County Jail facility to the Federal Public Defenders Office at 8:30 a.m. on January 23, 2018 for transport to St. Francis in Grand Island, Nebraska.

January 16, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge