IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:17CR3150 |
| vs. | |
| TASHA RENEE BURNEY, | ORDER |
| Defendant. | |

IT IS ORDERED:

1) Defendant's motion to review the conditions of supervised release, (Filing No. 101), is granted.

2) Defendant shall comply with all terms and conditions of supervised release except as follows:
   > Defendant shall be released to reside at NOVA TC, Omaha, Nebraska and participate in that facility's treatment program. The defendant shall fully comply with the requirements of defendant's treatment plan and all rules of the facility. If the defendant is discharged from the facility for any reason whatsoever, or leaves the premises of the facility without authorization, the United States Marshal, and/or any law enforcement officer is ordered to take the defendant into custody and detain the defendant pending a prompt hearing before the court.

3) Defendant shall arrive at NOVA TC, Omaha, Nebraska by 11:00 a.m. on November 14, 2023. Defense counsel shall contact the Marshall to regarding arrangements for Defendant's release and timely transport to NOVA.

4) To the extent possible, the Marshal shall provide a 30-day supply of medication to Defendant upon her release.

Dated this 13th day of November, 2023.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge